1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8934
       Facsimile:  (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                               **FRESNO DIVISION**

12  BRIAN HODGKISS,                )
                                   )
13          Plaintiff,             )           CIVIL NO. 1:07-CV-01565-SMS
                                   )
14              v.                 )           **STIPULATION AND ORDER**
                                   )
15  MICHAEL J. ASTRUE,             )
    Commissioner of                )
16  Social Security,               )
                                   )
17          Defendant.             )
                                   )
18  _____ )

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have an extension of time until June 20, 2008, to respond to

21  Plaintiff's confidential letter brief.  The Commissioner requires this additional time to further consider

22  issues and bases for remand raised in Plaintiff's confidential letter brief.

23      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

24  ///

25  ///

26  ///

27  ///

28

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: June 9, 2008 | /s/ *Tom Miles for Dennis Bromberg*<br>(As authorized via telephone by Tom Miles)<br>DENNIS M. BROMBERG<br>Attorney for Plaintiff |
| Dated: June 9, 2008 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ *Shea Lita Bond*<br>SHEA LITA BOND<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

DATED:  6/9/2008                        /s/ Sandra M. Snyder
                                        THE HONORABLE SANDRA M. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE