McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| BRIAN HODGKISS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:07-CV-01565-SMS<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    The Administrative Law Judge will be directed to evaluate the Veterans Administration conclusion that Plaintiff was disabled as of July 31, 2003 and, if discounting this conclusion, provide reasons based on the record evidence for doing so; re-evaluate the medical opinion evidence, including Dr. David Pounds' medical opinion, and provide rationale for accepting or rejecting this opinion evidence; to reevaluate the claimant's credibility and RFC; and to

Stipulation & Order
1:07-CV-01565-SMS

determine whether Plaintiff can return to his past relevant work and/or perform a significant number of other jobs.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 7, 2008  /s/ *Dennis M. Bromberg*
(As authorized via telephone)
DENNIS M. BROMBERG
Attorney for Plaintiff

Dated: July 7, 2008  McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   July 8, 2008**       /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order
1:07-CV-01565-SMS         - 2 -